**FILED**

JUN I 0 2010

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

JS - 6/ENTER

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| JEREMY JONES, | Case No.   CV 08-8481-ODW (MLG) |
| Petitioner, | JUDGMENT |
| v. | |
| LYDIA HENSE, Warden | |
| Respondent. | |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: June 9, 2010

_____
Otis D. Wright, II
United States District Judge